IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OKLAHOMA SPECIALTY INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| V. | § | 1-15-CV-262 RP |
| KUNG FU SALOON HOLDINGS, LLC and ROBERT CAMILLONE, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Joint Agreed Motion to Dismiss With Prejudice, filed June 30, 2015 (Clerk's Dkt. #4). By way of the motion, the parties ask the Court to dismiss all claims asserted in this action with prejudice.

Accordingly, the Joint Agreed Motion to Dismiss With Prejudice (Clerk's Dkt. #4) is GRANTED.

IT IS THEREFORE ORDERED that all claims and causes of action asserted by the parties are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs of suit shall be paid by the party incurring same.

IT IS FINALLY ORDERED that all relief not otherwise granted herein is denied.

**SIGNED** on July 1, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE