IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OKLAHOMA SPECIALTY INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | | |
| V. | § § § | 1-15-CV-262 RP |
| KUNG FU SALOON HOLDINGS, LLC and ROBERT CAMILLONE, | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action.  On this day, the Court entered an order granting the parties' Joint Agreed Motion to Dismiss With Prejudice.  Having granted the motion, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** all claims and causes of action asserted by the parties in this action are hereby **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on July 1, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE